United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| GREENFIELD PROP OWNER II, LLC, | Case No. 3:21-cv-07161-TLT (LB) |
| Plaintiff, | |
| v. | **NOTICE OF PROCEDURES** |
| BOULDIN & LAWSON, LLW; BOULDIN CORPORATION; ANDREW D. CRAWFORD; and DOES 1 through 50, inclusive, | |
| Defendants. | |

The district judge referred all discovery matters to the undersigned. (Order Feb. 24, 2023.) No discovery dispute is pending. If one arises, the parties must comply with the undersigned's standing order (attached). The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

ORDER – No. 3:21-cv-07161-TLT (LB)

1   **IT IS SO ORDERED.**

2   Dated: 3/6/2023

3   _____

4   LAUREL BEELER
    United States Magistrate Judge