JEFFREY M. VUCINICH, ESQ.  BAR#: 67906
Email:  jvucinich@clappmoroney.com
DANIEL D. MARCUS, ESQ., BAR#: 312740
Email: dmarcus@clappmoroney.com
CLAPP, MORONEY, VUCINICH, BEEMAN and SCHELEY
A PROFESSIONAL CORPORATION
1730 S. El Camino Real, Suite 500
San Mateo, CA 94402
(650) 989-5400 (650) 989-5499 FAX

Attorneys for Defendants
BOULDIN & LAWSON, LLC and BOULDIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENFIELD PROP OWNER II, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>BOULDIN & LAWSON, LLC; BOULDIN CORPORATION; ANDREW D. CRAWFORD; and DOES 1 through 50, inclusive,<br><br>  Defendants.<br><br>**AND ALL RELATED ACTIONS** | Case No. 3:21-cv-07161-TLT<br><br>**STIPULATION OF DISMISSAL FRCP 41(A)) AND ORDER OF DISMISSAL**<br><br>Complaint filed:   July 12, 2021 |

IT IS HEREBY STIPULATED under Federal Rules of Civil Procedure 41(a) by and among Plaintiff GREENFIELD PROP OWNER II, LLC (hereinafter referred to as "Plaintiff"), Defendant/ Third-Party Plaintiff BOULDIN & LAWSON, LLC, Defendant/Third-Party Plaintiff BOULDIN CORPORATION, Defendant/Third-Party Plaintiff ANDREW D. CRAWFORD and Third-Party Defendant ADAM BREGMAN through their respective counsel, that this action be dismissed with prejudice as to all claims, causes of action, third party complaints and parties, with each party bearing its own attorney's fees and costs.

///

| | | |
|---|---|---|
| Dated: November 9, 2023 | | CLAPP, MORONEY, VUCINICH, BEEMAN and SCHELEY |

By:   */s/ Jeffrey M. Vucinich*
     JEFFREY M. VUCINICH, ESQ.
     DANIEL D. MARCUS, ESQ.
     Attorneys for Defendants/Third-Party Plaintiffs
     BOULDIN & LAWSON, LLC and BOULDIN CORPORATION

Dated: November 9, 2023      MURPLY SANCHEZ PLLC

By:   */s/Jennifer Tomlin Sanchez*
     JENNIFER TOMLIN SANCHEZ, ESQ.
     Attorneys for Defendant/Third-Party Plaintiff
     ANDREW D. CRAWFORD

Dated: November , 2023      O'HAGAN MEYER

By:   */s/ Emmett Gilman*
     EMMETT GILMAN, ESQ.
     Attorneys for Third-Party Defendant
     ADAM BREGMAN

Dated: November 9, 2023      VAN DE POEL, LEVY, THOMAS, ARNEAL LLP

By:   */s/William E. Manning*
     WILLIAM E. MANNING, ESQ.
     Attorneys for Plaintiff
     GREENFIELD PROP OWNER II, LLC

1 | Dated: November 9, 2023                                  LUCAS AND CAVALIER, LLC

2

3

4 |                                                          By:  */s/Robert M. Cavalier*
                                                                   ROBERT M. CAVALIER, ESQ.
                                                                   Attorneys for Plaintiff
5 |                                                                GREENFIELD PROP OWNER II, LLC

6

7 | PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

8

9 | DATED:  November 10, 2023

10 |                                                         Hon. Trina L. Thompson
                                                            Chief District Judge